```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 16755
    JOHN HEPP
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3600


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 06/29/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 10/13/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------

US BANK                    NOTICE ONLY      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED          609.17            .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED           .00            .00
US BANK NATIONAL           CURRENT MORTG         .00            .00            .00
US BANK NATIONAL           MORTGAGE ARRE    14295.00            .00            .00
NATIONAL AUTO FIN          SECURED VEHIC     7750.00            .00         824.15
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00            .00
BANK OF AMERICA NA         UNSECURED        NOT FILED           .00            .00
SEARS GOLD                 NOTICE ONLY      NOT FILED           .00            .00
LVNV FUNDING               UNSECURED         4931.16            .00            .00
DEPENDON COLLECTION        UNSECURED        NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         6795.33            .00            .00
EASY TO BANK EASY TO MAK   UNSECURED        NOT FILED           .00            .00
CITIBANK                   NOTICE ONLY      NOT FILED           .00            .00
HOUSEHOLD FINANCE CORPOR   UNSECURED        10473.99            .00            .00
SEARS                      NOTICE ONLY      NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL   UNSECURED        NOT FILED           .00            .00
NATIONAL AUTO FIN          UNSECURED         4521.89            .00            .00
SEARS                      UNSECURED        NOT FILED           .00            .00
SEARS GOLD MASTERCARD      UNSECURED        NOT FILED           .00            .00
SPRINT NEXTEL              UNSECURED         1346.19            .00            .00
US BANK                    NOTICE ONLY      NOT FILED           .00            .00
US BANK                    UNSECURED        NOT FILED           .00            .00
DISCOVER CARD              NOTICE ONLY      NOT FILED           .00            .00
DISCOVER CARD              NOTICE ONLY      NOT FILED           .00            .00
ACADEMY COLLECTION SERVI   NOTICE ONLY      NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   NOTICE ONLY      NOT FILED           .00            .00
HOMECOMINGS FINANCIAL      NOTICE ONLY      NOT FILED           .00            .00
CODILIS & ASSOCIATES       MORTGAGE NOTI    NOT FILED           .00            .00
AMERICAN GENERAL FINANCE   SECURED VEHIC     6000.00            .00          68.25
JOSEPH J CARDINAL          DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                           77.60
DEBTOR REFUND              REFUND                                              .00


                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 16755 JOHN HEPP
```

Summary of Receipts and Disbursements:

```
                              RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         970.00

PRIORITY                                                    .00
SECURED                                                  892.40
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                      77.60
DEBTOR REFUND                                               .00
                             ---------------      ---------------
TOTALS                          970.00                   970.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/27/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                                    PAGE   2
          CASE NO. 08 B 16755 JOHN HEPP